Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Daniel G. Shay, Esq (SBN:250548)
danielshay@tcpafdcpa.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Ste 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorneys for Plaintiff*
Valorie Moser

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE MOSER, individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> ZOTEC PARTNERS, LLC, <br><br>　　　　　Defendant. | **CASE NO: 3:17-CV-02557-AJB-MDD** <br><br><br><br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in principal and the parties are finalizing a settlement agreement. The parties anticipate filing a Joint Motion for Dismissal of this action in its entirety with prejudice as to the named Plaintiff, within 60 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 31, 2018 for filing a Joint Motion for Dismissal.

Respectfully submitted,

**HYDE & SWIGART, APC**

Date: April 4, 2018            By: s/Yana A. Hart
                                            Yana A. Hart, Esq.
                                            *Attorneys for Plaintiff*

Dated: April 4, 2018            **BLANK ROME LLP**

                                       By: s/Cheryl S. Chang
                                            Cheryl S. Chang, Esq.
                                            *Attorneys for Defendant*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Cheryl S. Chang, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: April 4, 2018

**HYDE & SWIGART**

By: s/Yana A. Hart, Esq.
Yana A. Hart
*Attorney for Plaintiff*