# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE MOSER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOTEC PARTNERS, LLC,<br><br>Defendant. | Case No.: 3:17-cv-02557-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br>**(Doc. No. 27)** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, without prejudice as to the putative class. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 25, 2018

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge